# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUSTIN PAUL ALEXIE, individually and on behalf of his minor child ISABELLA ALEXIE | * * * * | CIVIL ACTION NO.: |
| | * | SECTION: |
| VERSUS | * * | |
| APEX TOOL GROUP, LLC, DANAHER CORPORATION, COOPER TOOLS, LLC and/f.k.a. COOPER TOOLS, INC. AND COOPER US, INC. and/d.b.a. COOPER INDUSTRIES | * * * * * * | JUDGE: |
| | | MAGISTRATE: |

******************************************

## COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned Counsel comes Plaintiff, Justin Paul Alexie, individually and on behalf of his minor child, Isabella Alexie (hereinafter collectively referred to as "Plaintiff"), who files this Complaint for Damages against Defendants, Apex Tool Group, LLC, Danaher Corporation, Cooper Tools, LLC and/f.k.a. Cooper Tools, Inc., and Cooper US, Inc. and/d.b.a. Cooper Industries (hereinafter collectively referred to as "Defendants"), and alleges upon information and belief as follows:

I.

Plaintiff, Justin Paul Alexie, is a person of the full age of majority and a resident of the Parish of Plaquemines, State of Louisiana.

1

**II.**

Made Defendants herein are:

1. Apex Tool Group, LLC ("Apex"), a joint venture between Danaher Corporation and Cooper US, Inc. and/d.b.a. Cooper Industries, which companies were, respectively, previously doing business as Danaher Tool Group and Cooper Tools, LLC and/f.k.a. Cooper Tools, Inc.  Apex is a Delaware limited liability company with its principal place of business in the State of Maryland.  Apex produces products, including chain hooks, under the brand name Campbell Tools.

2. Danaher Corporation ("Danaher"), a joint venturer with and a member of the Apex Tool Group, is a Delaware corporation with its principal place of business located in the District of Columbia.

3. Cooper US, Inc. and/d.b.a. Cooper Industries, a joint venturer with and a member of the Apex Tool Group, is a Delaware corporation with its principal place of business located in the State of Texas.

4. Cooper Tools, LLC and/f.k.a. Cooper Tools, Inc., a joint venturer with and a member of the Apex Tool Group, is a Delaware limited liability company with its principal place of business located in the State of North Carolina.  Cooper US, Inc. and/d.b.a. Cooper Industries and Cooper Tools, LLC and/f.k.a. Cooper Tools, Inc. are hereafter collectively referred to as "Cooper".

III.

Jurisdiction is proper under 28 U.S.C. §1332, as Plaintiff and all Defendants are diverse and the amount in controversy exceeds $75,000.

IV.

Venue is proper as the events and damages sued upon occurred within this district.

V.

Defendants, Apex, Danaher and Cooper, manufactured, distributed and sold the chain hook (that bore the markings "Campbell" "5/16" "China" "G43" "511") that was involved in a September 6, 2011, accident which caused plaintiff Justin Alexie to sustain devastating injuries and damages.

VI.

On September 6, 2011, plaintiff Justin Alexie was working for his employer, Dufrene Building Materials, and was using the subject chain hook in a reasonably foreseeable fashion; specifically, the plaintiff and his co-employee were using a chain equipped with Defendants' chain hook to pull a forklift from a muddy spot near a delivery site. Plaintiff Justin Alexie was on the forklift and his co-employee was driving the truck being used to pull the forklift.

VII.

As the forklift was being pulled forward, the chain hook failed and the chain whipped toward the plaintiff, causing incredibly severe injuries, including having his face essentially torn off and his features horribly mangled. Plaintiff Justin Alexie suffered

brain damage and severe injuries to other parts of his body, with associated medical treatment, multiple surgeries, mental anguish, pain and distress, expense, fear, and loss.

**VIII.**

Apex/Cooper/Danaher were responsible for the manufacture, distribution and sale of the chain hook.  The participants in the joint venture, Cooper and Dahaher, are liable *in solido* with each other, as well as Apex, for the damages caused by the chain hook.

**IX.**

Prior to the accident, the chain hook appeared to be in good condition and had no apparent defects.

**X.**

Plaintiff Justin Alexie and his co-worker were using the chain hook in a reasonably foreseeable manner.

**XI.**

The chain hook in question was defective and unreasonably dangerous under the Louisiana Products Liability Act.

**XII.**

Specifically, the chain hook was unreasonably dangerous in design because the design utilized by the manufacturer is prone to failure in reasonably foreseeable use.  At the time that the chain hook was manufactured, feasible alternative designs existed which would have decreased or eliminated the risk of failure, but those designs were not utilized by Defendants.

## XIII.

Further, the chain hook was unreasonably dangerous in construction or composition because, at the time it left the control of the manufacturer/Defendants it materially deviated from the manufacturer's specifications or performance standards and/or from otherwise identical chain hooks manufactured by Defendants.

## XIV.

The chain hook was also unreasonably dangerous because of the failure of Defendants to give an adequate warning about the dangers posed by the chain hook and by the risk of failure of the chain hook in reasonably foreseeable use.

## XV.

The chain hook was also unreasonably dangerous because it failed to conform to at least one express warranty.

## XVI.

As a result of the accident, plaintiff Justin Alexie sustained and continues to suffer due to personal injuries, and he sustained and continues to incur damages, past and future, including but not limited to: medical and hospital expenses, physical, emotional and mental pain and suffering, loss of earnings, loss of earning capacity, mental anguish, emotional distress, loss of the enjoyment of life, permanent disability, economic losses, disfigurement, scarring and other harm, injury and damage.  Damages, as of this date, are estimated to be in excess of $6 million dollars.

## XVII.

The minor child of plaintiff Justin Alexie, Isabella Alexie, has and will suffer, as a consequence of the injuries and damages sustained by her father, a loss of parental consortium, and has and will suffer the loss of services, support, enjoyment, companionship, guidance, etc.

## XIII.

Plaintiff prays for a trial by jury.

**WHEREFORE**, Plaintiff, Justin Alexie, for himself and his minor child, respectfully prays:

1. That this Complaint for Damages be filed, and Defendants duly cited and served;

2. After due proceedings are had, there be judgment in favor of Plaintiff, for himself and his minor child, and against all Defendants, jointly, severally and *in solido* for all relief prayed for herein and/or recoverable as a matter of law on all counts set forth herein, judicial interest as allowed by law, as well as for all costs, fees, expenses and attorney's fees incurred in the prosecution of this litigation, as well as interest on those sums; and

3. For any and all such other relief available at law or equity and that may be determined by this Court to be just and proper.

Respectfully Submitted:

MURPHY, ROGERS, SLOSS & GAMBEL

*/s/ Gary J. Gambel*

---

Gary J. Gambel (La. Bar #19864)
ggambel@mrsnola.com
Michael D. Letourneau (La. Bar #32556)
mletourneau@mrsnola.com
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA  70139
Telephone:  (504) 523-0400
*Attorneys for Plaintiff, Justin Alexie*

**PLEASE SERVE:**

**APEX TOOL GROUP, LLC**
The Corporate Trust Incorporated
351 West Camden Street
Baltimore, MD 21201

**DANAHER CORPORATION**
C T Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005

**COOPER US, INC. and/d.b.a. COOPER INDUSTRIES**
C T Corporation System
350 North St. Paul Street
Suite 2900
Dallas, TX 75201-4234

**COOPER TOOLS, LLC and/f.k.a. COOPER TOOLS, INC.**
C T Corporation System
150 Fayetteville Street
Box 1011
Raleigh, NC 27601

1829/4375